IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR417 |
| | ) | |
| vs. | ) | |
| | ) | |
| GILBERTO ANTONIO BALTAZAR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the unopposed Motion to Continue Trial [18]. Counsel needs additional time to investigate the issues and explore plea negotiations. The defendant shall comply with NECrimR 12.1(a).  For good cause shown,

**IT IS ORDERED** that the unopposed motion to continue trial [18] is granted, as follows:

1. The jury trial now set for January 14, 2014 is continued to **February 11, 2014.**

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable

3   In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 11, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED January 3, 2014.**

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge